**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Lynchburg Division**

| | |
|---|---|
| **In re:  Welford R. Brown Jr.** | **CASE NO. 12–62532** |
| **Debtor(s)** | **CHAPTER 13** |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be,

and the same hereby are, dismissed without predjudice.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further ORDERS and the

trustee and trustee's bond released and discharged from further liability herein unless proper objection is made to said

final report within fourteen (14) days after filing of same or such extended time as may be granted upon proper

application made within said fourteen (14) days period, and the estate be closed. <u>If the Discharge Order has been issued,</u>

<u>the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to

the trustee.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s),

trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 9/23/13

*Rebecca B Connelly*

REBECCA B CONNELLY, JUDGE

van02.jsp

United States Bankruptcy Court
Western District of Virginia

In re:                                                                Case No. 12-62532-rbc
Welford R. Brown, Jr.                                                 Chapter 13
        Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 0423-6          User: adamsm          Page 1 of 2          Date Rcvd: Sep 23, 2013
                             Form ID: van02         Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2013.
db          +Welford R. Brown, Jr.,   1112 Early Street,   Lynchburg, VA 24503-4509
cr          +BANK OF AMERICA, N.A.,   2380 Performance Dr.,   Richardson, TX 75082-4333
cr          +Deutsche Bank National Trust Company, as Trustee f,   236 Clearfield Ave Suite 215,
             Virginia Beach, VA 23462-1893
cr          +SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
3679349     +American Electric Power,   Bankruptcy,   1 AEP Way,   Hurricane, WV 25526-1231
3722984     +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
             El Segundo, CA 90245-3504
3671459     +Appalachian Power,   P O Box 24413,   Canton, OH 44701-4413
3671461     +Atlantic Law Group, LLC,   PO Box 2548,   Leesburg, VA 20177-7754
3713558      Bank of America N.A.,   Loss/Recovery,   4161 Piedmont Parkway,   NC4 105 03 14,
             Greensboro, NC 27410
3818733     +Bank of America, N.A.,,   c/o PROBER & RAPHAEL, A LAW CORPORATION,
             20750 Ventura Boulevard, Suite 100,   Woodland Hills, California 91364-6207
3727659     +Chase Record Center,   700 Kansas Lane,   Monroe, LA 71203-4774
3671466     +Citibank SD NA,   Credit Card Services,   PO Box 15687,   Wilmington, DE 19886-0001
3671467     +City of Lynchburg,   PO Box 9000,   Lynchburg, VA 24505-9000
3742489     +Commonwealth of Virginia,   Department of Taxation,   P.O. Box 2156,   Richmond, VA 23218-2156
3671468     +Creditors Financial Group,   PO Box 440290,   Aurora, CO 80044-1500
3671469     +Deutsche Bank National Trust,   900 Jorie Boulevard,   Suite 150,   Oak Brook, IL 60523-3810
3671470     +Glasser and Glasser P L C,   580 East Main Street,   Norfolk, VA 23510-2306
3671473    #+Leslie K. Mebane,   11601 4th Street,   Apt. 1406,   Saint Petersburg, FL 33716-2741
3830282     +Long Beach Mortgage Loan Trust 2006-11,   Serviced by Select Portfolio Servicing,,
             3815 South West Temple,   Salt Lake City, UT 84115-4412
3671475     +Northland Group Inc,   PO Box 390846,   Minneapolis, MN 55439-0846
3671476     +Ocwen,   PO Box 6440,   Carol Stream, IL 60197-6440
3671477     +Recontrust Company, N.A.,   2380 Performance Drive,   Richardson, TX 75082-4333
3671478     +Recontrust Company, N.A.,   ALG Trustee, LLC,   P.O. Box 2548,   Leesburg, VA 20177-7754
3671479      Shapiro & Burson, LLP,   236 Clearview Avenue,   Suite 215,   Virginia Beach, VA 23462
3671480      Tonya Eubanks,   Valleydale Drive,   Lynchburg, VA 24502
3671482    ++VIRGINIA DEPARTMENT OF TAXATION,   P O BOX 2156,   RICHMOND VA 23218-2156
            (address filed with court:  Virginia Department of Taxation,   PO Box 2369,   Richmond, VA 23218)
3671483     +Wells Fargo Bank, NA,   P.O. Box 536205,   Atlanta, GA 30353-6205
3671484     +Wells Fargo Servicing Center,   PO Box 31557,   Billings, MT 59107-1557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3671460     +EDI: ACCE.COM Sep 23 2013 21:13:00    Asset Acceptance LLC,   P O Box 2036,
             Warren, MI 48090-2036
3671464      EDI: BANKAMER.COM Sep 23 2013 21:13:00    Bank of America, NA,   PO Box 26078,
             Greensboro, NC 27420
3692945      E-mail/Text: bankruptcy@bbandt.com Sep 23 2013 21:13:24    BB&T,   Bankruptcy Section,
             PO Box 1847,   Wilson, NC 27894
3671462     +EDI: BANKAMER2.COM Sep 23 2013 21:13:00    Bank Of America,   P O Box 17054,
             Wilmington, DE 19850-7054
3671463     +EDI: BANKAMER.COM Sep 23 2013 21:13:00    Bank of America,   P O Box 5270,
             Carol Stream, IL 60197-5270
3820981     +EDI: BANKAMER.COM Sep 23 2013 21:13:00    Bank of America, N.A.,   Bankruptcy Department,
             P.O. Box 26012, NC4-105-02-99,   Greensboro, NC 27420-6012
3671465     +EDI: ACCE.COM Sep 23 2013 21:13:00    CITIBANK,   C O ASSET ACCEPTANCE,   P O BOX 2036,
             Warren, MI 48090-2036
3694484      E-mail/Text: bankruptcy@dss.virginia.gov Sep 23 2013 21:14:04
             Division of Child Support Enforcement,   Bankruptcy Unit,   2001 Maywill Street, Ste. 104,
             Richmond, VA  23230-3236
3671471     +EDI: HFC.COM Sep 23 2013 21:13:00    HSBC Bank  Nevada,   PO Box 2013,   Buffalo, NY 14240-2013
3671472      EDI: IRS.COM Sep 23 2013 21:13:00    Internal Revenue Service,   400 N 8th Street Box 76,
             Stop Room 898,   Richmond, VA 23240
3671474     +EDI: MID8.COM Sep 23 2013 21:13:00    MCM Dept 12421,   PO Box 603,   Oaks, PA 19456-0603
3671481     +E-mail/Text: bankruptcy@dss.virginia.gov Sep 23 2013 21:14:04
             VA Dep Of Child Support Enforcement,   2127 Lakeside Drive,   Lynchburg, VA 24501-6803
3717685     +EDI: WFFC.COM Sep 23 2013 21:13:00    Wells Fargo Bank, N.A.,   1 Home Campus,   MAC X2303-01A,
             Des Moines, IA 50328-0001
                                                                            TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Internal Revenue Service
                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0423-6          User: adamsm          Page 2 of 2          Date Rcvd: Sep 23, 2013
                              Form ID: van02        Total Noticed: 41
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2013                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2013 at the address(es) listed below:
          Reginald R Yancey    on behalf of Debtor Welford R. Brown, Jr. rryald@comcast.net,
           rryald@yahoo.com
          Susan C Meyer    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Long
           Beach Mortgage Loan Trust 2006-11 vabecf@logs.com,  vabecf@logs.com
          Thomas L Eckert    on behalf of Creditor    Internal Revenue Service thomas.eckert@usdoj.gov,
           michele.sierra-davis@usdoj.gov
          USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                    TOTAL: 4
```